Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff
Danielle Christine Stone

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIELLE CHRISTINE STONE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:25-cv-01168-EJY<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE ELAYNA J. YOUCHAH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Danielle Christine Stone ("Stone") be awarded attorney fees in the amount of TWENTY THREE

1  HUNDRED dollars ($2,300.00) under the Equal Access to Justice Act (EAJA), 28
2  U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents
3  compensation for all legal services rendered on behalf of Plaintiff by counsel in
4  connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).
5     After the Court issues an order for EAJA fees to Stone, the government will
6  consider the matter of Stone's assignment of EAJA fees to Marc Kalagian.  The
7  retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to
8  *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment
9  will depend on whether the fees are subject to any offset allowed under the United
10 States Department of the Treasury's Offset Program.  After the order for EAJA fees
11 is entered, the government will determine whether they are subject to any offset.
12    Fees shall be made payable to Stone, but if the Department of the Treasury
13 determines that Stone does not owe a federal debt, then the government shall cause
14 the payment of fees, expenses and costs to be made directly to Law Offices of
15 Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Stone.[1]
16 Any payments made shall be delivered to Law Offices of Lawrence D. Rohlfing,
17 Inc., CPC. Counsel agrees that any payment of costs may be made either by
18 electronic fund transfer (ETF) or by check.
19    This stipulation constitutes a compromise settlement of Stone's request for
20 EAJA attorney fees, and does not constitute an admission of liability on the part of
21 Defendant under the EAJA or otherwise.  Payment of the agreed amount shall
22 constitute a complete release from, and bar to, any and all claims that Stone and/or

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

Marc Kalagian including Law Offices of Lawrence D. Rohlfing, Inc., CPC, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Marc Kalagian and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC, to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: October 27, 2025    Respectfully submitted,

        LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

        /s/ *Marc V. Kalagian*
BY:_____
        Marc V. Kalagian
        Attorney for plaintiff
        DANIELLE CHRISTINE STONE

DATE: October 257 2025    SIGAL CHATTAH
        United States Attorney

        /s/ *Angela Thornton-Millard*
_____
        ANGELA THORNTON-MILLARD
        Special Assistant United States Attorney
        Attorneys for Defendant
        FRANK BISIGNANO, Commissioner of Social Security (Per e-mail authorization)

**ORDER**

Approved and so ordered:

DATE:    October 29, 2025

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE